**Order entered April 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01495-CR

**DENNIS HAYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-51915-S**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE